JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Luis Noble-Perez,                          )          SACV 22-00037-JVS(JDEx)
                                           )
                     Plaintiff,            )          ORDER OF DISMISSAL UPON
                                           )          SETTLEMENT OF CASE
          v.                               )
                                           )
Gary Robinson et al.,                      )
                                           )
                     Defendant(s).         )
                                           )
_____ )

     The Court having been advised by counsel for the parties that the above-entitled action has been settled,

     IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 90 days, to reopen the action if settlement is not consummated. The Court orders all proceedings in the case vacated and taken off calendar.

DATED: February 2, 2024

_____
James V. Selna
U.S. District Judge