GREGORY PEACOCK, ESQ. (SBN 277669)
Law Office of Gregory Peacock
4063 Birch Street, Suite 100
Newport Beach. CA 92660
Telephone: (949) 292-7478
gregorypeacockesq@gmail.com
*Attorney for Plaintiff Luis Noble-Perez*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DISTRICT

| | |
|---|---|
| **LUIS NOBLE-PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**GARY ROBINSON; and DOES 1 through 10, inclusive,**<br><br>Defendants. | 8:22-cv-00037-JVS-JDE<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Courtroom: 10C<br>Judge: The Honorable James V. Selna<br>Trial Date: 3/12/24<br>Action Filed: 1/11/2022 |

IT IS HEREBY STIPULATED by and between plaintiff Luis Noble-Perez, by and through his counsel, and defendant Gary Robinson, by and through his counsel, that the above-captioned action be and hereby is dismissed, in its entirety, against all defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | | |
|---|---|---|
| 1 | Dated: February 14, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | ELIZABETH S. ANGRES |
| 4 | | Supervising Deputy Attorney General |

*/s/ Molly S. Murphy*
MOLLY S. MURPHY
Deputy Attorney General
*Attorneys for Defendant Gary Robinson*

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing pursuant to L.R. 5-4.3.4(a)(2).

Dated: February 14, 2024              Respectfully submitted,

ROB BONTA
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General

*/s/ Molly S. Murphy*
MOLLY S. MURPHY
Deputy Attorney General
*Attorneys for Defendant Gary Robinson*

Dated: February 14, 2024              Respectfully submitted,

LAW OFFICE OF GREGORY PEACOCK

*/s/ Gregory Peacock*
GREGORY PEACOCK
*Attorneys for Plaintiff Luis Noble-Perez*